IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | <u>I N D I C T M E N T</u> |
| ) | |
| Plaintiff, ) | JUDGE BENITA Y. PEARSON |
| ) | |
| v. ) | CASE NO. <u>     1:20CR081     </u> |
| ) | Title 18, United States Code, |
| JONATHAN LINDSEY, ) | Section 922(g)(1) and 924(a)(2) |
| ) | |
| Defendant. ) | |

<u>COUNT 1</u>
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1)) and 924(a)(2)))

The Grand Jury charges:

That on or about October 31, 2019 in the Northern District of Ohio, Eastern Division, Defendant JONATHAN LINDSEY, knowing he had previously been convicted of a crime punishable by imprisonment for terms exceeding one year, that being: Robbery with a Firearm Specification, on or about June 25, 2013, in Case Number CR 13-572234, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit, a loaded Hi-Point handgun bearing serial number P10048472 and 4 rounds of 9mm of ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.